IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KOBUS, TERRI A. | ) | |
| | ) | CASE NO. 06 B 04892 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

PROPOSED DISTRIBUTION REPORT

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 10,072.07 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 21,937.28 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 32,009.35 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $10,072.07 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | DAVID P. LEIBOWITZ, TRUSTEE FEES | 3,955.29 | 3,955.29 |
| | DAVID P. LEIBOWITZ, TRUSTEE EXPENSES | 144.87 | 144.87 |
| | Clerk of Court, Filing Fees | 250.00 | 250.00 |
| | LEIBOWITZ LAW CENTER, Attorney for Trustee Fees | 5,690.00 | 5,690.00 |
| | LEIBOWITZ LAW CENTER, Attorney for Trustee Expenses | 31.91 | 31.91 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

| | | | |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 12. | TYPE OF CLAIMS | | |
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 13. | TYPE OF CLAIMS | | |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $55,507.06 | 39.52% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | Target National Bank (f.k.a. Retailers National Bank) | 7,528.80 | 2,975.51 |
| 2 | Discover Bank/Discover Financial Services | 7,617.77 | 3,010.66 |
| 3 | Recovery Management Systems Corporation | 760.20 | 300.44 |
| 4 | Recovery Management Systems Corporation | 421.47 | 166.57 |
| 5 | Chase Bank USA, N.A. | 9,311.82 | 3,680.18 |

**EXHIBIT D**

| | | | |
|---|---|---|---|
| 6 | Chase Bank USA, N.A. | 14,434.78 | 5,704.86 |
| 7 | Citibank/ CHOICE | 15,432.22 | 6,099.06 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 8 | Citizens Auto Finance<br>480 Jefferson Blvd<br>Warwick RI 02886 | $21,820.50 | Disallowed |
| Unsecured | 9 | Drew & Snyder, Counselors at Law (ADMINISTRATIVE)<br>7622 W. 159th Street<br>Orland Park, Il  60462 | $2,360.99 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____                    _____
                                            DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**