**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **KOBUS, TERRI A.** | ) | |
| | ) | **CASE NO. 06 B 04892** |
| | ) | |
| | ) | **JUDGE JACQUELINE P. COX** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **U.S. BANKRUPTCY COURT, 219 S DEARBORN ST, COURTROOM 619**

    On: **SEPTEMBER 13, 2007**

    At: **9:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                             $      32,052.91

    b. Disbursements                                $          43.56

    c. Net Cash Available for Distribution $ 32,009.35

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 3,955.29 | $ |
| Trustee | $ 0.00 | $ | $ 144.87 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $ 5,690.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 31.91 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $55,507.06, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $39.52%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Ba | $ 7,528.80 | $ 2,975.51 |
| 2 | Discover Bank/Discover Financial Services | $ 7,617.77 | $ 3,010.66 |
| 3 | Recovery Management Systems Corporation | $ 760.20 | $ 300.44 |
| 4 | Recovery Management Systems Corporation | $ 421.47 | $ 166.57 |
| 5 | Chase Bank USA, N.A. | $ 9,311.82 | $ 3,680.18 |
| 6 | Chase Bank USA, N.A. | $ 14,434.78 | $ 5,704.86 |
| 7 | Citibank/ CHOICE | $ 15,432.22 | $ 6,099.06 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **AUGUST 10, 2007**        For the Court,

　　　　　　　　　　　　By:   **KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　Clerk of the United States Bankruptcy Court
　　　　　　　　　　　　　　　　219 S. Dearborn Street, 7th Floor
　　　　　　　　　　　　　　　　Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

...892   Doc 60   Filed 08/10/07   Entered 08/12/07 23:32:21   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                  User: amcc7                     Page 1 of 1                    Date Rcvd: Aug 10, 2007
Case: 06-04892                        Form ID: pdf002                 Total Served: 32

The following entities were served by first class mail on Aug 12, 2007.
db          +Terri A Kobus,    596 Saginaw Avenue,    Calumet City, IL 60409-3917
aty         +Brian G. Snyder,    Drew and Snyder,   7622 West 159th Street,    Orland Park, IL 60462-5402
aty         +John J Grieger, Jr,    Johnson & Newby, LLC,    39 South LaSalle Street,    Suite 820,
              Chicago, IL 60603-1616
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10718158    +Braun Strobel Lorenz Bergin,    33 N. LaSalle,    Suite 2800,    Chicago, IL 60602-3398
10718159    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
10895730    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10718160    +Chase/Cc,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
10718161    +Citi,   P.O. Box 6000,    The Lakes, NV 89163-0001
10718162    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
10962858     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,   The Lakes, NV 88901-6305
10993571    +Citizens Auto Finance,    480 Jefferson Blvd,    Warwick RI 02886-1359,    RJE 135
10718163    +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
11019740    +Drew & Snyder, Counselors at Law,    7622 W. 159th Street,    Orland Park, Illinois 60462-5402
10718165    +E-Z Self Storage of Lynwood,    19600 Stony Island Avenue,    Lynwood, IL 60411-8667
10718166    +Edsouth/Edfinancial Sv,    123 Center Park Dr,    Knoxville, TN 37922-2166
10718167    +Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998-4100
10718168    +Gemb/Sams Club,    Po Box 981400,    El Paso, TX 79998-1400
10718169    +Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
10718170     Paul Kobus,    Valporaiso, IN
10718171    +Prudential Financial,    Customer Service Office,    P.O. Box 7390,    Philadelphia, PA 19176-7390
10718172     Reassure America Life Insurance Co.,     P.O. Box 360,    Hartford, CT 06141-0360
10886494    +Recovery Management Systems Corporation,     For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10886493    +Recovery Management Systems Corporation,     For GE Money Bank,    dba WAL-MART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10718173     Sam's Club,    P.O. Box 981064,    El Paso, TX 79998-1064
10718174    +Target,    P.O. Box 1581,    Minneapolis, MN 55440-1581
10874593    +Target National Bank (f.k.a. Retailers National Ba,     TARGET VISA,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10718175     U.S. Cellular,    P.O. Box 7835,    Madison, WI 53707-7835
10718176    +Ventus Capital Services, LP,    9700 Bissonnet,    Suite 2000,    Houston, TX 77036-8016
10718177     Walmart,    P.O. Box 981064,    El Paso, TX 79998-1064
The following entities were served by electronic transmission on Aug 11, 2007.
10718164     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2007 01:01:33      Discover Fin Svs Llc,
              Po Box 15316,    Wilmington, DE 19850
10882742    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2007 01:01:34
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10718175     Fax: 866-419-3894 Aug 11 2007 03:43:35      U.S. Cellular,    P.O. Box 7835,
              Madison, WI 53707-7835
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2007**          **Signature:**   _Joseph Speetjens_