# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-04892 JPC |
| **Case Name:** | KOBUS, TERRI A. |
| **Taxpayer ID #:** | 13-7550665 |
| **Period Ending:** | 06/11/08 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****62-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/07 | {12} | Harris Bank | Settlement of fraudulent transfer litigation | 1241-000 | 32,000.00 | | 32,000.00 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-04892<br>Voided on 02/08/07 | 2300-003 | | 43.56 | 31,956.44 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-04892<br>Voided: check issued on 02/08/07 | 2300-003 | | -43.56 | 32,000.00 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-04892, Bond #016026455 | 2300-000 | | 43.56 | 31,956.44 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.67 | | 31,966.11 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.06 | | 31,983.17 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.64 | | 32,000.81 |
| 05/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 8.54 | | 32,009.35 |
| 05/16/07 | | To Account #********6266 | transfer in preparation of final report | 9999-000 | | 32,009.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 32,052.91 | 32,052.91 | $0.00 |
| Less: Bank Transfers | | 0.00 | 32,009.35 | |
| **Subtotal** | | 32,052.91 | 43.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$32,052.91** | **$43.56** | |

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 06-04892 JPC | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | KOBUS, TERRI A. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****62-66 - Checking Account |
| **Taxpayer ID #:** | 13-7550665 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/11/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/07 | | From Account #********6265 | transfer in preparation of final report | 9999-000 | 32,009.35 | | 32,009.35 |
| 09/28/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $3,955.29, Trustee Compensation; Reference: | 2100-000 | | 3,955.29 | 28,054.06 |
| 09/28/07 | 102 | Clerk of Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 27,804.06 |
| 09/28/07 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $5,690.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,690.00 | 22,114.06 |
| 09/28/07 | 104 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $31.91, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 31.91 | 22,082.15 |
| 09/28/07 | 105 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $144.87, Trustee Expenses; Reference: | 2200-000 | | 144.87 | 21,937.28 |
| 09/28/07 | 106 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 39.52% on $7,528.80; Claim# 1; Filed: $7,528.80; Reference: | 7100-000 | | 2,975.51 | 18,961.77 |
| 09/28/07 | 107 | Discover Bank/Discover Financial Services | Dividend paid 39.52% on $7,617.77; Claim# 2; Filed: $7,617.77; Reference: | 7100-000 | | 3,010.66 | 15,951.11 |
| 09/28/07 | 108 | Recovery Management Systems Corporation | Dividend paid 39.52% on $760.20; Claim# 3; Filed: $760.20; Reference: | 7100-000 | | 300.44 | 15,650.67 |
| 09/28/07 | 109 | Recovery Management Systems Corporation | Dividend paid 39.52% on $421.47; Claim# 4; Filed: $421.47; Reference: | 7100-000 | | 166.57 | 15,484.10 |
| 09/28/07 | 110 | Chase Bank USA, N.A. | Dividend paid 39.52% on $9,311.82; Claim# 5; Filed: $9,311.82; Reference: | 7100-000 | | 3,680.18 | 11,803.92 |
| 09/28/07 | 111 | Chase Bank USA, N.A. | Dividend paid 39.52% on $14,434.78; Claim# 6; Filed: $14,434.78; Reference: | 7100-000 | | 5,704.86 | 6,099.06 |
| 09/28/07 | 112 | Citibank/ CHOICE | Dividend paid 39.52% on $15,432.22; Claim# 7; Filed: $15,432.22; Reference: | 7100-000 | | 6,099.06 | 0.00 |

Subtotals :  $32,009.35  $32,009.35

{} Asset reference(s)  Printed: 06/11/2008 11:54 AM  V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-04892 JPC  
**Case Name:** KOBUS, TERRI A.

**Taxpayer ID #:** 13-7550665  
**Period Ending:** 06/11/08

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****62-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **32,009.35** | **32,009.35** | **$0.00** |
| | | | Less: Bank Transfers | | 32,009.35 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **32,009.35** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$32,009.35** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****62-65** | 32,052.91 | 43.56 | 0.00 |
| **Checking # ***-*****62-66** | 0.00 | 32,009.35 | 0.00 |
| | **$32,052.91** | **$32,052.91** | **$0.00** |

{} Asset reference(s)

Printed: 06/11/2008 11:54 AM   V.10.03